

# IN THE
# TENTH COURT OF APPEALS

### No. 10-22-00155-CR
### No. 10-22-00158-CR

**ADNAN GUS SHAMI,**

**Appellant**

**v.**

**THE STATE OF TEXAS,**

**Appellee**

### From the 85th District Court
### Brazos County, Texas
### Trial Court Nos. 19-04682-CRF-85;
### 20-00063-CRM-85

## ABATEMENT ORDER

After failing to request the reporter's record, appellant's briefs in these appeals were due September 21, 2022. No briefs were filed. By letters dated September 23, 2022, the Clerk of this Court warned appellant that unless a brief or satisfactory response was received within 14 days, this Court would abate these appeals and order the trial court to conduct a hearing pursuant to Texas Rule of Appellate Procedure 38.8(b)(2) & (3). More than 14 days have passed and neither briefs nor responses have been received.

Accordingly, these appeals are ABATED to the trial court to hold a hearing to determine whether appointed counsel is able to fulfill his duties and obligations to this appellant, whether appellant is receiving effective assistance of counsel, and if not, whether to appoint new or additional counsel to represent appellant effectively. The trial court is ordered to hold such hearing, either in person or virtually, within 21 days from the date of this Order. A supplemental clerk's record containing the trial court's written determination must be filed within 28 days from the date of this Order.

PER CURIAM

Before Chief Justice Gray,
     Justice Johnson, and
     Justice Smith
Appeal abated
Order issued and filed October 12, 2022
[RWR]

